Mr. Hill, would you please proceed? May it please the Court, I will quickly highlight a few points and I would like to reserve five minutes for rebuttal. Keep your eye on the clock, we'll try to help you. The first point I wanted to highlight is the characterization of Appellant Mr. Smith. He was characterized as being unprofessional, which frankly isn't true. He was well-liked by his team members. He received the Manager of the Month Award. This is a stark contrast to the negative characterizations made by Defendant Appelli, you know, characterizing him as being unprofessional. And this was characterizing him as unprofessional so as to justify his discriminatory termination. You know, and part of this alleged unprofessionalism was one key event, was Mr. Smith falling asleep during a meeting, which was a symptom of his disability, the obstructive sleep apnea. So, counsel, can I ask you, is there evidence, I mean obviously sleep apnea causes sleep disorder like that, is there actually evidence in the record though that ties that specific instance to sleep apnea?
judges: SMITH, NELSON, UNKNOWN